**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL RENEAU,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>MICHAEL S. EVANS, Warden,<br><br>　　　　　　Respondent. | NO. EDCV 07-00150 FMC (SS)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 10, 2009

*Florence-Marie Cooper*

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE